IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:12-cr-00008-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TONYA DENISE HAMPTON | ) | |

## ORDER

Pending before the Court is Defendant Tonya Denise Hampton's Motion to Withdraw and for Appointment of New Counsel ("Motion"), in which Ms. Hampton's attorney requests permission to withdraw from the representation, requests the Court appoint new counsel for Ms. Hampton, and moves to continue trial. (Doc. No. 37.)

Finding it necessary to address this matter with the parties' attorneys, the Court hereby **SCHEDULES** a status conference in this matter for **Thursday, October 2, 2014, at 10:30 am.**

It is so ORDERED.

Entered this the 26th day of September, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT