IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:12-cr-00008-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TONYA DENISE HAMPTON | ) | |

## ORDER

Pending before the Court is Defendant Tonya Denise Hampton's Motion to Withdraw and for Appointment of New Counsel ("Motion"), in which Ms. Hampton's attorney requests permission to withdraw from the representation, requests the Court appoint new counsel for Ms. Hampton, and moves to continue trial. (Doc. No. 37.) This Court previously scheduled a status conference to address this issue on October 2, 2014. (Doc. No. 38.)

The Court hereby **CONTINUES** the status conference in this matter to **Wednesday, October 15, 2014, at 10:30 am.**

It is so ORDERED.

Entered this the 2nd day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT