IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:12-cr-00008-1 |
| v. | ) | |
| | ) | Judge Nixon |
| TONYA DENISE HAMPTON | ) | |

## ORDER

Pending before the Court is Defendant Tonya Denise Hampton's Motion and Memorandum Requesting A Pre-Plea Presentence Investigation Report ("Motion"), in which Ms. Hampton requests the Court order the Probation Office to complete a Presentence Investigation Report for use in her plea negotiations with the Government. (Doc. No. 42.) The Government agrees that the report would help facilitate a resolution of this case. (*Id.* at 3.)

Court hereby **GRANTS** Defendant's Motion and **ORDERS** the Probation Office to complete a Pre-Plea Presentence Investigation Report and notify this Court upon completion of the Report.

It is so ORDERED.

Entered this the _29th_ day of October, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT