IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-00008 |
| v. ) | Senior Judge Haynes |
| ) | |
| TONYA HAMPTON ) | |

**ORDER**

Before the Court is Defendant's motion, and renewed motion, to amend or correct judgment to reflect concurrent sentence (Docket Entry Nos. 65 and 66). Defendant seeks an amended judgment reflecting that her federal sentence imposed in this action run concurrently with her state sentence imposed in Marshall County Criminal Court, case number 17696. To date, the Government has not filed any response in opposition.

On April 6, 2015, the Court accepted the parties' plea agreement, reflecting that both parties agree that Defendant's sentence will run concurrent to Defendant's state sentence imposed in Marshall County Criminal Court, case number 17696. See Docket Entry No. 62, Order Accepting Plea Petition/Agreement at 2, 14.

Upon review of the record, and based upon the agreement of the parties, Defendant's motions (Docket Entry Nos. 65 and 66) are **GRANTED**. The Judgment in this action (Docket Entry No. 63) is **AMENDED** to reflect that Defendant's sentence in this action shall run concurrently with her state sentence imposed in Marshall County Criminal Court, case number 17696.

It is so **ORDERED**.

ENTERED this the 21st day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge