UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-cr-00008 |
| TONYA HAMPTON, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Tonya Hampton's unopposed Motion and Supplemental Motion for Compassionate Release are pending before the Court. (Doc. Nos. 74 and 77). Ms. Hampton's combination of Type II diabetes mellitus, obesity, and hypertension shows a serious medical or physical condition when considering her elevated risk of serious illness from COVID-19. U.S.S.G. § 1B1.13 n.1(A)(ii); (See Doc. No. 81 at 62–63). The Court agrees.

The Court also finds that the 18 U.S.C. § 3553(a) factors support her compassionate release. Ms. Hampton's conviction of conspiracy to possess with intent to distribute and distribution of crack cocaine was serious, however it was non-violent, did not involve a weapon, and she was responsible for only 1.94 grams of crack cocaine. (Presentence Investigation Report ("PSR") ¶ 11). She also had several previous drug felony convictions for relatively small amounts of cocaine or crack cocaine. (Id. ¶¶ 29–30, 34). Before her incarceration, Ms. Hampton had a history of drug use without treatment. (PSR ¶¶ 58–59). In custody however, she has completed drug education and drug treatment programs. (See Doc. No. 74-1 at 2–4). She has also taken a variety of educational classes, engaged with UNICOR, and her single disciplinary infraction came three and a half years ago. Her original sentence was for 96 months imprisonment. She has now

served 67 months. (Doc. No. 63). The Court finds she no longer presents a danger to the public and that her continued detention is no longer appropriate. 18 U.S.C. § 3553(a).

Accordingly, Ms. Hampton's Motion and Supplemental Motion for Compassionate Release (Doc. Nos. 74 and 77) are **GRANTED**. Ms. Hampton's sentence is reduced to **TIME SERVED**. She has an appropriate release plan in place and the Defendant shall be released immediately.

Her original term of supervision for three years will begin immediately upon release, with the following additional conditions:

1) She will spend the first 14-days in quarantine according to CDC recommendations.

2) The Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the United States Probation Office. The Defendant shall pay all or part of the cost for substance abuse treatment if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

All other conditions of her supervised release will remain the same.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE